Vacated
and Remanded and Memorandum Opinion filed September 23, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00169-CV

____________

 

HARTFORD LIFE INSURANCE COMPANY and HARTFORD
COMPREHENSIVE EMPLOYEE BENEFIT SERVICE COMPANY, Appellants

 

V.

 

RAPID SETTLEMENTS, LTD., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 913150

 



 

MEMORANDUM
 OPINION

This is an appeal from a judgment signed November 17, 2008. 
On April 8, 2010, this court granted appellee’s unopposed motion to abate the
appeal pending completion of the parties’ settlement negotiations.  

On September 8, 2009, the parties filed a joint motion
to set aside or vacate the judgment and remand the cause to the trial court for
rendition of judgment in accordance with the parties= settlement agreement.  See Tex.
R. App. P. 42.1.  We reinstate
the appeal and grant the motion.

Accordingly, we set aside and vacate the judgment signed November
17, 2008, without regard to the merits, and we remand the cause to the trial
court for rendition of a judgment in accordance with the parties= agreement.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Sullivan.